UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:08-CV-22278-GOLD/McALILEY

KIRK DAVID, on behalf of himself
and others similarly situated,

Plaintiff,

vs.

AMERICAN SUZUKI MOTOR CORPORATION
and SUZUKI MOTOR CORPORATION,

Defendants.
_____/

ORDER GRANTING DEFENDANTS' MOTION
FOR CLARIFICATION REGARDING SENDING NOTICE
OF THE PROPOSED CLASS SETTLEMENT TO CERTAIN FAMILIES

This cause came on pursuant to the Motion for Clarification (the "Motion") filed by Defendants American Suzuki Motor Corporation and Suzuki Motor Corporation (collectively "Suzuki"), and, having considered the request, the Court orders and adjudges as follows:

1. The Motion is hereby GRANTED.

2. The Settlement Administrator shall remove the 30 families who have contacted Suzuki requesting not to receive mailings from Suzuki from the mailing list for the Notice of Pendency of Class Action, Proposed Settlement and Hearing.

DONE AND ORDERED in Chambers, at Miami, Florida on this ___1___ day of ___March___, 2010.

_____
UNITED STATES DISTRICT JUDGE

Copies furnished to
all counsel on the
attached service list